Argued and submitted November 5, review dismissed as improvidently allowed
November 14, 1991

Dwight FREDENBURG,
Stephen Davison, Richard Allen,
Dorris Derrick,
*Petitioners on Review,*

*v.*

MENTAL HEALTH DIVISION,
*Respondent on Review.*

(CC 89C-11042, 89C-11086, 89C-11087, 89C-11088;
CA A64530; SC S38273)

822 P2d 713

Robert C. Joondeph, Oregon Advocacy Center, Portland, argued the cause and filed the petition for petitioners on review.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the response were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

PER CURIAM

Review dismissed as improvidently allowed.